# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Mary Grace Patnik** | ) | **CASE NO. 05CV73** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | **Order of Stay** |
| **Citicorp Bank Trust FSB,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting in part Defendants' Motion to Stay All Proceedings Pending Arbitration (Doc. 27) and granting Defendant Citibank USA's Motion to Stay All Proceedings Pending Arbitration (Doc. 29), hereby stays this action pending resolution of arbitration against Smith Barney. Any action against Citibank USA, is further stayed pending the resolution of arbitration against Citibank USA. This matter is hereby removed from this Court's active docket subject to reinstatement by the parties at the conclusion of arbitration against Smith Barney.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated: 10/31/05      United States District Judge